Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Curaleaf, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH CHARFAUROS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CURALEAF, INC., a Delaware corporation,<br><br>Defendant. | Case No.:  2:25-cv-01370-GMN-MDC<br><br>**AMENDED STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Defendant Curaleaf, Inc. ("Defendant"), and Plaintiff Joseph Charfauros ("Plaintiff") (collectively referred to as "Parties"), by and through their respective counsel, hereby submit the following Stipulation and Order for Extension of Discovery Deadlines (First Request), pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 6-1, 7-1 and 26-1(e).

As detailed further herein, the additional time is necessary to allow for the completion of written discovery and depositions. The Parties believe an extension of the discovery period, currently concluding on April 22, 2026, by ninety (90) days to **Tuesday, July 21, 2026**, will provide adequate time to complete the remaining discovery.

This is the first request for an extension of these deadlines. This request is made in good faith and is not for the purpose of delay. Further, while the Parties are certainly mindful of the Court's interest in the expeditious completion of discovery, the Parties have been conducting

- 1 -

discovery and there is good cause for the extension sought herein. Pursuant to LR 26-4, the Parties provide the following information to the court in connection with their request for an extension of the discovery deadlines:

## I.    Relevant Procedural History

Plaintiff filed his Complaint on July 28, 2025. (ECF No. 1). Defendant waived service and filed its Answer on October 24, 2025. (ECF Nos. 7-8). On November 17, 2025, the Court scheduled an Early Neutral Evaluation for January 20, 2026, at 9:00 a.m. (ECF No. 12.) Due to Defendant representative's unavailability, the Court granted the Parties' Stipulation and Order to continue the ENE session to March 24, 2026 at 9:00 a.m. (ECF No. 20).

## II.    Discovery Completed To Date

Plaintiff served his Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on November 26, 2025. Defendant served its Initial Disclosures on December 3, 2025. Defendant supplemented its disclosures on February 27, 2026. Plaintiff supplemented his disclosures on February 13, 2026. Defendant served its first set of written discovery requests to Plaintiff on January 9, 2026. Plaintiff served his first set of written discovery requests to Defendant on January 14, 2026. The Parties are continuing to supplement disclosures and discovery responses in accordance with the rules of civil procedure.

## III.    Remaining Discovery To Be Completed

Defendant intends to depose Plaintiff. Defendant is also in the process of serving third-party subpoenas to obtain Plaintiff's medical records. Defendant will likely conduct additional written discovery as well. Additionally, the Parties may conduct additional depositions and intend to exchange further written discovery and documents.

## IV.    Reason Discovery Cannot Be Completed Within The Original Deadline

The ENE is scheduled in this matter for March 24, 2026 and the current discovery cut-off date is April 22, 2026. The Parties are hopeful they may be able to resolve the dispute during the conference and seek an extension to the discovery deadlines to allow the Parties to engage in confidential settlement discussions before expending significant funds to conduct further discovery. Should the Parties be unable to negotiate a settlement at the ENE, an extension is

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

necessary for the Parties to complete additional depositions and serve additional written discovery, before the original discovery deadline.

**V.    Proposed Schedule for Completing all Remaining Discovery**

All discovery in this case has and will continue to be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court. The Parties propose to the Court the following deadlines:

**a.    Discovery Cut-off Date:** The discovery cut-off deadline shall be **Tuesday, July 21, 2026**. The current discovery cut-off deadline is April, 22, 2026.

**b.    Dispositive Motions:** Dispositive motions shall be filed not more than thirty (30) days after the discovery cut-off date and, therefore, not later than **Thursday, August 20, 2026**. The current dispositive motions deadline is May 22, 2026.

**c.    Pretrial Order:** The Pretrial Order shall be filed not later than **Monday, September 21, 2026**, as September 19, 2026 is a Saturday, thirty (30) days after the deadline for filing dispositive motions in accordance with LR 26-1(b)(5). In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days after a decision of the dispositive motions or further order of the Court. The current pretrial order deadline is June 22, 2026.

**d.    Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto, shall be included in the final Pretrial Order in accordance with LR 26-1(b)(6).

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**e.**      **Extensions or Modifications of the Discovery Plan and Scheduling Order:** In accordance with LR 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order and any deadline contained herein, must be made not later than twenty-one (21) days before the subject deadline.

DATED this 12th day of March, 2026.

GREENBERG GROSS LLP

/s/ *Michael A. Burnette*

Jemma E. Dunn
Nevada Bar No. 16891
Matthew T. Hale
Nevada Bar No. 16880
Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 12th day of March, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Alina Krauff*

Suzanne L. Martin
Nevada Bar No. 8833
Alina Krauff
Nevada Bar No. 16266
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant Curaleaf, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:  March 13, 2026