Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Curaleaf, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH CHARFAUROS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CURALEAF, INC., a Delaware corporation,<br><br>Defendant. | Case No.:  2:25-cv-01370-GMN-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Joseph Charfauros ("Plaintiff") and Defendant Curaleaf, Inc. ("Defendant"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

Each party to bear its own attorneys' fees, costs and expenses.

DATED this 19th day of May, 2026.

GREENBERG GROSS LLP

/s/ Michael A. Burnette
Jemma E. Dunn
Nevada Bar No. 16891
Matthew T. Hale
Nevada Bar No. 16880
Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135

Attorneys for Plaintiff

DATED this 19th day of May, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Alina Krauff
Suzanne L. Martin
Nevada Bar No. 8833
Alina Krauff
Nevada Bar No. 16266
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

Attorneys for Defendant Curaleaf, Inc.

**ORDER**

IT IS SO ORDERED.

The Clerk of Court is kindly directed to close this case.

Dated this  20  day of May, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 2 -

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800